# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| RAYMOND J. BERGERON DAVILA,<br><br>Plaintiff,<br><br>v.<br><br>MELISSA MORAN, STEVEN CLOPE, ANTHONY BOSE, ROBERT MASTRONARDI, DANIEL ECKBLAD, and JOHN DOES,<br><br>Defendants. | Case No. 17-CV-1756-JPS<br><br>**ORDER** |

On October 31, 2018, the Court ordered Plaintiff to respond to pending discovery requests from Defendants no later than November 14, 2018. (Docket #59). The Court warned Plaintiff that failure to do so would result in the dismissal of this action. *Id.* On November 19, 2018, Defendants filed a letter with the Court indicating that they have not received Plaintiff's discovery responses. (Docket #60). Defendants also filed a motion for summary judgment on October 1, 2018. (Docket #51). Plaintiff's response to that motion was due on or before October 31, 2018. Civ. L. R. 56(b)(2). That date has long since passed and the Court has not received any response to the motion or other communication from Plaintiff. Defendants' motion may thus be granted by default. Civ. L. R. 7(d). For both of these reasons, the Court will dismiss this action with prejudice.

Accordingly,

**IT IS ORDERED** that Defendants' motion for summary judgment (Docket #51) be and the same is hereby **GRANTED**; and

**IT IS FURTHER ORDERED** that this action be and the same is hereby **DISMISSED with prejudice**.

The Clerk of the Court is directed to enter judgment accordingly.

Dated at Milwaukee, Wisconsin, this 29th day of November, 2018.

BY THE COURT:

_____
J. P. Stadtmueller
U.S. District Judge